﻿Citation Nr: AXXXXXXXX
Decision Date: 01/29/21 Archive Date: 01/29/21

DOCKET NO. 200110-61458
DATE: January 29, 2021

ORDER

Entitlement to service connection for bilateral hearing loss is granted.

Entitlement to service connection for a thoracolumbar spine disability, diagnosed as degenerative disc disease with anterolisthesis, spondylolysis, and compression fracture is granted.,

FINDINGS OF FACT

1. The Veteran’s bilateral hearing loss disability is etiologically related to active duty service.

2. The Veteran’s diagnosed degenerative disc disease with anterolisthesis, spondylolysis, and compression fracture of the thoracolumbar spine is etiologically related to active duty service.

CONCLUSIONS OF LAW

1. The criteria for entitlement to service connection for bilateral hearing loss are met. 38 U.S.C. §§ 1110, 1131, 5107; 38 C.F.R. §§ 3.303, 3.385.

2. The criteria for entitlement to service connection for degenerative disc disease with anterolisthesis, spondylolysis, and compression fracture of the thoracolumbar spine are met. 38 U.S.C. §§ 1110, 1112, 1113, 1131, 5107; 38 C.F.R. §§ 3.102, 3.303, 3.307, 3.309.

REASONS AND BASES FOR FINDINGS AND CONCLUSIONS

The Veteran had active service in the U.S. Navy from August 1954 to January 1974. His service decorations include the Combat Action Ribbon. 

This appeal comes to the Board of Veterans’ Appeals (Board) under the Appeals Modernization Act (AMA) review system. 

In this regard, and pertinent to this appeal, in a July 2018 application for compensation benefits, the Veteran sought entitlement to service connection for bilateral hearing loss and for a low back disorder. 

A rating decision was issued under the legacy system in November 2018 denying service connection for bilateral hearing loss and for a low back disorder. In December 2018, the Veteran submitted a timely notice of disagreement (NOD) to the denial of service connection for bilateral hearing loss and for a low back disorder. A statement of the case (SOC) was issued to the Veteran on December 31, 2019, continuing the previous denial of service connection for bilateral hearing loss and for a low back disorder. 

In January 2020, the Veteran submitted his VA Form 10182 Decision Review Request: Board Appeal (AMA Notice of Disagreement) to appeal the issue of entitlement to service connection for bilateral hearing loss and for a low back disorder. He requested that his appeal be placed on the Board’s hearing docket. In October 2020, the Veteran testified before a Veterans’ Law Judge (VLJ) and a transcript of the hearing has been associated with the claims file. The Board’s decision as to the issue of entitlement to service connection for bilateral hearing loss and for a low back disorder is based on a review of the evidence of record at the time of the December 2019 rating decision, evidence submitted during the Veteran’s October 2020 hearing, and any evidence submitted within 90 days of the Veteran’s October 2020 hearing. See 38 C.F.R. § 20.302. 

1. Entitlement to Service Connection for Bilateral Hearing Loss

The Veteran contends that a bilateral hearing loss disability was incurred due to noise exposure during active duty service. Service connection may be granted for a disability resulting from a disease or injury incurred in or aggravated by active service. See 38 U.S.C. §§ 1110, 1131; 38 C.F.R. § 3.303 (a).

A hearing loss disability for VA purposes was demonstrated on VA examination in November 2018. Lay statements establish the Veteran’s exposure to loud noise during active duty. Specifically, he reports noise exposure associated with his duties as a Radio Operator. At his October 2020 hearing, the Veteran testified that his duties included listening to frequencies through receivers, transmitters, and copying code. The Veteran reported he had a speed T license and could send and receive 35 words a minute. He described being in close proximity to teletype machine. 

The claims file also contains competent evidence of a nexus between the current hearing loss disability and in-service noise exposure. The November 2018 VA examiner acknowledged that the Veteran reported no hearing loss prior to serving in the military, that the configuration of the Veteran’s hearing loss is consistent with noise exposure, and the Veteran stated that he was exposed to loud noise from communications equipment and combat for prolonged periods without the use of hearing protection. The Veteran has also provided credible and competent statements that his hearing loss onset during service and has continued to the present day. See October 2020 hearing transcript. 

Although the November 2018 VA examiner provided a medical opinion against the claim, the opinion is not accompanied by a well-supported rationale. The Board, therefore, finds that the evidence is at least in equipoise regarding service connection for bilateral hearing loss and will resolve reasonable doubt in favor of the Veteran. See 38 U.S.C. § 5107; Gilbert v. Derwinski, 1 Vet. App. 49 (1990). All the elements necessary for establishing service connection are met and the Veteran’s claim for service connection for bilateral hearing loss is granted.

2. Entitlement to Service Connection for a Thoracolumbar Spine Disability, Diagnosed as Degenerative Disc Disease with Anterolisthesis, Spondylolysis, and Compression Fracture 

The Veteran contends that his current degenerative disc disease with anterolisthesis, spondylolysis, and compression fracture of the thoracolumbar spine is related to an in-service back injury sustained in a motor vehicle accident that was reinjured after a fall down a ladder. See October 2020 hearing transcript. 

Certain chronic diseases will be presumed related to service if they were shown as chronic in service; or, if they manifested to a compensable degree within a presumptive period following separation from service; or, if they were noted in service, with continuity of symptomatology since service that is attributable to the chronic disease. 38 U.S.C. §§ 1101, 1112, 1113, 1137; 38 C.F.R. §§ 3.303, 3.307, 3.309; Walker v. Shinseki, 708 F.3d 1331, 1338 (Fed. Cir. 2013).

The Veteran has a current diagnosis of degenerative disc disease with anterolisthesis, spondylolysis, and compression fracture of the thoracolumbar spine as evidenced by a November 2018 VA examination. On examination, the Veteran reported that his symptoms onset in 1973 and that his condition has stayed the same. The examiner noted the Veteran’s report that he regularly uses a brace for back support. Arthritis is an enumerated condition under 38 C.F.R. § 3.309 (a); Walker, 708 F.3d 1331.

The evidence of record indicates that the symptoms of the Veteran’s current thoracolumbar spine disorder onset during active service.

The Veteran’s service treatment records do not document an in-service motor vehicle accident (MVA). However, a November 1970 record does reference the Veteran having been involved in an MVA in December 1969 that resulted in 

hip pain and pain in the right buttocks with radiation to the mid portion of the right thigh. Contemporaneous x-rays documented BL pars interarticularis defect (spondylosis) resulting in a first degree spondylolisthesis of approx. 3 to 3 mmls. The shift was at L-5 S-1 due to the defect at the L-5 level.

At his October 2020 hearing, the Veteran testified that he was given pills following the motor vehicle accident, and that after reinjuring his back from a fall down a ladder, he was sent to sick bay. The Veteran explained that he was discharged after one day at the request of his communications officer who wanted the Veteran to return to duty. 

The evidence of record indicates the Veteran’s symptoms have been continuous since his separation from active service. See July 2018 application for benefits. Moreover, on his January 2020 VA Form 10182, the Veteran reported lower back issues with pain due to a motor vehicle accident in service. The Veteran’s testimony is competent, credible, and probative of his experience of symptoms in his low back following his separation from active service.

The record includes a November 2019 VA opinion that found that the Veteran’s back disorder was not related to his active service. The examiner based her negative conclusion on the fact that the Veteran was seen in 1969 for back pain, and that after this, there are no other medical records to show the Veteran had chronic back pain while in service. There was no consideration of the November 1970 x-ray evidence of BL pars interarticularis defect (spondylosis) resulting in a first degree spondylolisthesis. Nor was there consideration of the Veteran’s report that his back symptoms have remained the same since they onset in service. Such weakens the overall probative value of the opinion.

Based on the foregoing probative evidence of a current low back disorder, diagnosed as degenerative disc disease with anterolisthesis, spondylolysis, and compression fracture of the thoracolumbar spine, and, resolving all doubt in favor of the Veteran, probative evidence of an in-service low back injury, x-ray evidence of BL pars interarticularis defect (spondylosis) resulting in a first degree spondylolisthesis in service, and continued low back symptoms from the time of separation from service to the present, the Board finds that the Veteran’s degenerative disc disease with anterolisthesis, spondylolysis, and compression fracture of the thoracolumbar spine is etiologically related to his active duty service. 38 U.S.C. §§ 1101, 1110, 1112; 38 C.F.R. § 3.309; Walker, 708 F.3d 1331, at 1337-39. 

Service connection for degenerative disc disease with anterolisthesis, spondylolysis, and compression fracture of the thoracolumbar spine is warranted.

 

 

MICHAEL A. HERMAN

Veterans Law Judge

Board of Veterans’ Appeals

Attorney for the Board J. Smith, Associate Counsel

The Board’s decision in this case is binding only with respect to the instant matter decided. This decision is not precedential and does not establish VA policies or interpretations of general applicability. 38 C.F.R. § 20.1303.